147 A.3d 403

NAHAL

v.

PPE CASINO RESORTS MARYLAND

Pet. Docket No. 250 Sept. Term 2016

Court of Appeals of Maryland.

October 31, 2016

(No. C-02-CV-16-000852, Circuit Court for Anne Arundel County).

Petition for writ of certiorari denied.

■

147 A.3d 403

OWENS, George C.

v.

STATE of Maryland

Pet. Docket No. 276, Sept.Term, 2016

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2121, Sept. Term, 2015).

Petition for writ of certiorari denied.